PROSPER MONNET et al., Respondents, *v.* HENRY MERZ, as Survivor, etc., Appellant.

(Argued February 29, 1892; decided March 15, 1892.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made January 16, 1892, which denied a motion to dismiss an appeal taken by plaintiffs from a judgment entered by themselves in this action.

*William Man* for appellant.

*William Henry Arnoux* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.   _____